USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/23/2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_LEROY JONES 01A 1692_

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

_Commissioner Brian Fischer, et al.,
Supt. William Connoly; capt. Harris; LT. Glasspole,
LT. T. Gaudioso; Sgt. Wagner; Sgt. Cofield; c.o O'neil,
c.o Stevens; c.o. Abraham; c.o Tolentino;
c.o. V. Sullivan; c.o J. Toper; c.o T. Raposo;
c.o. Sockeo; c.o Green; co Nurse, Wallace
Sgt. Edward Medellick; LT. Edward Sablinski,
c.o DAndre Dimmie; c.o W. Henriquez_

*(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)*

**AMENDED
COMPLAINT**

under the Civil Rights Act,
42 U.S.C. § 1983

Jury Trial:  ☐ Yes     ☐ No
*(check one)*

13 Civ. 2185 (KPF)

---

**I.    Parties in this complaint:**

A.    List your name, identification number, and the name and address of your current place of
      confinement.  Do the same for any additional plaintiffs named.  Attach additional sheets of paper
      as necessary.

Plaintiff's    Name _LEROY JONES_
               ID# _01A 1692_
               Current Institution _Southport Correctional Facility_
               Address _Southport Correctional Facility, P.O. Box 2000_
               _Pine City New York 14871-2000_

B.    List all defendants' names, positions, places of employment, and the address where each defendant
      may be served.  Make sure that the defendant(s) listed below are identical to those contained in the
      above caption.  Attach additional sheets of paper as necessary.

Defendant No. 1    Name _Commissioner Brian Fischer_      Shield #_____
                   Where Currently Employed _Albany, D.O.C.C.S_
                   Address _State of New York, D.O.C.C.S, The Harriman_
                   _State campus- Building 2, 1220 Washington Av. Albany N.y_
                   _12226-2056_

Defendant No. 2    Name _Supt. William Connolly_    Shield #_____
Where Currently Employed _Fishkill Correctional Facility_
Address _Fishkill Correctional Facility, p.o. Box 307_
_Beacon N.Y 12508-0307_

Defendant No. 3    Name _Capt. Harris_    Shield #_____
Where Currently Employed _Fishkill correctional Facility_
Address _Fishkill correctional Facility, p.o. Box 307_
_Beacon N.Y 12508-0307_

Defendant No. 4    Name _LT. Glasspole_    Shield #_____
Where Currently Employed _Fishkill correctional Facility_
Address _Fishkill correctional Facility, p.o. Box 307_
_Beacon N.Y 12508-0307_

Defendant No. 5    Name _LT. T. gaudioso_    Shield #_____
Where Currently Employed _Fishkill correctional Facility_
Address _Fishkill correctional Facility, p.o. Box 307_
_Beacon N.Y 12508._

_See Attached For Other Defendants Page (20)_

**Who did what?**

## II.    Statement of Claim:

State as briefly as possible the _facts_ of your case.   Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.   Do not cite any cases or statutes.   If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.   Attach additional sheets of paper as necessary.

A.    In what institution did the events giving rise to your claim(s) occur?

_Fishkill correctional Facility, p.o. Box 307 Beacon N.Y 12508._

B.    Where in the institution did the events giving rise to your claim(s) occur?

_In 21-21A Building_

C.    What date and approximate time did the events giving rise to your claim(s) occur?

_From February Too october, from The Threats, harassment, retaliation, assault, All The Way To denied Medical care. This All happen In 2012. From February 2012 To october 2012._

D.    Facts: _The beginning of February 2012 The plaintiff filed 4 grievances #35040-12 Which Was consolidated With three other complaints Dated february, 9th, 10th, and 15th of 2012. Which Tell About the plaintiff fears for his life and safety_

**What happened to you?**

_Rev. 01/2010_                    2                    _See Attached Page (3)_

Defendant No. 6,    Lt. Edward Soblinski
Employed at; Fishkill Correctional Facility
Address: Fishkill Correctional Facility,
        P.O. Box 307, Beacon N.Y. 12508-0307


Defendant No. 7,    Sgt. Edward Medwick
Employed at; Fishkill Correctional Facility
Address: Fishkill Correctional Facility,
        P.O. Box 307, Beacon N.y 12508-0307


Defendant No. 8,    Sgt. Wagner
Employed at; Fishkill Correctional Facility
Address: Fishkill Correctional Facility
        P.O. Box 307, Beacon N.y 12508-0307


Defendant No. 9,    Sgt. Cofield
Employed at; Fishkill Correctional Facility
Address: Fishkill Correctional Facility
P.O. Box 307, Beacon N.Y 12508-0307


Defendant No. 10,    C.O. P. O'Neil
Employed at; Fishkill Correctional Facility
Address: Fishkill Correctional Facility
P.O. Box 307, Beacon N.Y 12508-0307

(2A)

Defendant No. 11. C.O. Wallesca Henriquez
      Employed at; Fishkill Correctional Facility
      Address; Fishkill correctional Facility
      P.O. Box 307, Beacon N.y 12508-0307

Defendant No 12. C.O. Stevens
      Employed at; Fishkill correctional Facility
      Address; Fishkill correctional Facility
      P.O. Box 307, Beacon N.y 12508-0307

Defendant No 13. C.O. Abraham
      Employed at; Fishkill correctional Facility
      Address; Fishkill correctional Facility
      P.O. Box 307, Beacon N.y 12508-0307

Defendant No 14. C.O. Tolentino
      Employed at; Fishkill correctional Facility
      Address; Fishkill correctional Facility
      P.O. Box 307, Beacon N.y 12508-0307

Defendant No 15. C.O. D'Andre Dimmie
      Employed at; Fishkill correctional Facility
      Address; Fishkill correctional Facility
      P.O. Box 307, Beacon N.y 12508-0307

(2B)

DeFendant No 16, C.O, V. Sullivan
Employed at; Fishkill correctional Facility
Address; Fishkill correctional Facility
P.o. Box 307, Beacon N.y 12508-0307


DeFendant No 17, C.O. J. Teper
Employed at; Fishkill correctional Facility
Address; Fishkill correctional Facility
P.o. Box 307, Beacon N.y 12508-0307


DeFendant No 18, C.O T. Rapose
Employed at; Fishkill correctional Facility
Address; Fishkill correctional Facility
P.o. Box 307, Beacon N.y 12508-0307


DeFendant No 19. C.O, James Sanko
Employed at; Fishkill correctional Facility
Address; Fishkill correctional Facility
P.o. Box 307, Beacon N.y 12508-0307


DeFendant No 20, C.O GREEN
Employed at; Fishkill correctional Facility
Address; Fishkill correctional Facility
P.o. Box 307, Beacon N.y 12508-0307

(2C)

Defendant No. 21 Nurse Wallace
Employed at; Fishkill Correctional Facility
Address; Fishkill Correctional Facility
P.O. Box 307, Beacon N.Y 12508-0307

Defendants Are Sued in his/her Individually And
Official Capacity. At All Time mentioned in This
Complaint each defendant Acted under the color
of state law,

Defendant(s) herein Are being Sued in his/her
own individual and official capacity For Exercising
A Lack of care and being negligent and deliberate
indifference To Plaintiff safety by Failing To protect
The knowingly and Foreseeable Attacks, harassments,
Threats And Assults To Plaintiff That They Was
Aware of at All Times.

Defendant(s) Are Liable For There Failure To make
A policy That Would keep Plaintiff And other
inmates safe After The Filing of complaints or
Take Actions To Prevent The Predictable Violations
of Plaintiff And other inmates rights Within There
Areas of care And responsibity.

(20)

at the hands of staff, see Exhibits (1) (2), From February 9th, 10th, and 15th, plaintiff filed grievance on C.O. O'Neil and other officers one named as his girlfriend which her name is HENRIQUER, and other officers, Sgt, and Lt. The complaints about C.O. O'Neil threats to plaintiff life and safety was not taken with care for plaintiff safety, and the harassment, threats, retaliation, and assault continue. On 2/17/12 plaintiff was move to the main building by Lt. Buonato because he knew plaintiff safety with C.O. O'Neil would be in danger because C.O. O'Neil was the steady K-unit housing officer at that time. On 4/2/12 plaintiff was moved back to 21, 21A building, which was alright until C.O. O'Neil came up there and told the steady officers on A-West that plaintiff filed grievance on him. On 7/12/12 plaintiff had to file two grievance, see Exhibit (3), plaintiff asked for protection because he feared his life and safety was in great danger. On 7/12/12 plaintiff asked to talk to the O.M.H nurse... See attached on going To page (3a)

III.    **Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

Plaintiff neck, back, arms, legs, and head was injured in the assaults by officers and after the assault plaintiff didn't get medical treatment and was force to be in pain and without treatment for weeks while the defendant(s) tried to cover up the injury to plaintiff by not giving him medical treatment. The medical record will show the injurys and the lack of medical care that plaintiff didn't get, but injuries to plaintiff back, arms, shoulders, neck, knees, head, knees

IV.    **Exhaustion of Administrative Remedies:**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."  Administrative remedies are also known as grievance procedures.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ✓    No ____

Attached Facts continue from page (3)

And let them no his life and safety was in alot of danger. After talking to plaintiff the OMH nurse call Sgt. Shittis whom talk to plaintiff then had him moved back to 21A building K-unit, Sgt. Shittis told plaintiff before the moved that C.O O'neil no longer was the steady officer on K-unit, so plaintiff was so moved that day, back to K-unit.

2), On 7/26/12 plaintiff was in the mess hall after breaking his fast for ramadan, plaintiff had seen C.O O'neil and C.O Henriguez along with Sgt. Cofield, and C.O Stevens many times in the mess hall when he was eatting after breaking his fast, and they would be talking and looking my way, but wouldn't do anything at that time.

3), On 7/25/12 As ~~██████~~ plaintiff was leading the mess hall after eatting, C.O Henriguez told plaintiff "you will get yours 1955 hold," plaintiff kept walking not saying anything.

4), The next day 7/26/12 after eatting once the fast had ended, plaintiff was walking out of the mess hall when C.O O'neil told him to get on the wall, and after all the other Inmates was out and had gone back to the masvid, C.O O'neil started his assault on the plaintiff by punching him in the head

(8A)

Back, Neck And Side, This officer pushed The plaintiff body to The Wall A Few times really hard hitting his shoulders And head against The Wall. Officer O'neil Also spit in plaintiff Face And Was Telling him "Nigger Will kill you in here, And if you write Any more complaint About me Will make you pay!"

5.) plaintiff Was in Fear For his life So he didn't report iT That night, but The pain From The Assult Was So bad That plaintiff put in For Sick call So he could get help And report The Assult by officer O'neil on 7/26/13.

6). Plaintiff Went To Sick call On 7/27/13 The Next day And informed The nurse of what happen but She reFused To give me Any help AFTer I Told her The officer That Assulted me.

7), plaintiff Filed A complaint on That nurse For not given him medical Treatment, A Few days Later A Doctor came and investigated plaintiff complaint on The Lack of medical Treatment by That nurse. on 8/2/12 plaintiff Was Taken To The hospital by A Sgt. And A C.O To be Evaluate my medical because of The Assult by C.O O'neil on 7/26/12.

8), The Same nurse That plaintiff SAW At Sick call on 7/27/12 Tried To Tell The Sgt That plaintiff did not inform her of The Assult, The plaintiff informed

The Sgt. right then that he told the nurse everything that happen on 7/26/12 but she would not treat him, And plaintiff filed a complaint on this nurse for her lack of care.

9). Also on 8/2/12 plaintiff was issued a misbehavior report in violation of Doccs rules and regulation by C.O O'Neil And endorsed by Sgt Edward medwick And teared by LT. Edward Sablinski.

10). These employees O'neil, Edward medwick, and Edward Sablinski Together conspired to harass, retaliation, And keep plaintiff in fear for his safety;

11). Plaintiff, with his life and safety in danger filed a complaint on the violation of Dir. 4040 701.6 (B) on C.O O'neil And the unknow at the time Sgt And LT. that Endorse and teared the misbehavior report That That C.O O'neil Wrote.

12). Plaintiff also wrote letters To Doccs commissioner And to fishkill correctional Facility Supt, letting them no That he needed protective custody from these officer because they was going to kill him or set him up.

13). On 8/10/12 the plaintiff filed a complaint again because the lack of an investigation, complaint number 85608-12, "stating that there was a Sgt. And LT. Thats helping this C.O O'neil retaliation and harass,

And even keep him in Fear For his SAFETy,
IT can'T be said that the Sgt. and LT. didn'T
no This misbehavior report was in violation oF
Doccs own rules and regulation, Dir 4040 701.6(B).
IT was clear From The Face oF The misbehavior report
That iT was reprisal.

14). plaintiff wrote the complaint on c.o O'neil on
8/10/12 which was a Friday and That monday after
That on 8/13/12 The plaintiff was beat up by officers
in Fishkill because oF The complaints he had Filed.

15) In the complaint on 8/10/12 the plaintiff asked
That The Sgt. and LT. Be IdenTiFied so They will
be Told They violATeded Doccs own rule and regulation.

16) plaintiff was set-up and beat up before he could
Learn The names of The Sgt and LT. which They
Are known now as LT. Edward Sablinski and Sgt Edward Medwick.

17) plaintiff was on his way To The mavJid on 8/13/12
To broke his FasT, before plaintiff could geT To The door
oF The mavJid he was sTopped by c.o STevens which
Told him To geT on The wall so he can be pat
Frisk, plaintiff did as he was Told but knowing
something was wrong because plaintiff seen c.o.
Henriguez sTanding in The sTair way Too The mess
hall, as plaintiff was on The wall with his hands
high.

18). as The plaintiff was on The wall he notice That

C.O Stevens was taken alot of time to start
the pat frisk, so plaintiff looked off his
peripheral an notice C.O Stevens pulling something
out of his shirt, and all at once C.O Stevens
put what is said to be a weapon up to
plaintiff and said "you like to write up
officers now this is yours".

19). The C.O faced the weapon to his right which
in the Tent hearing he lied and said he
faced it to his left, and he kicked the
plaintiff in the back of his leg sending the
plaintiff to the wall, after punching the plaintiff
in the back of the head and neck, then pulling
plaintiff hands around his back putting handcuffs
on plaintiff and then pushing plaintiff to the
floor as he kicked plaintiff in the side, back,
head, leg, arms and shoulder, all this was happen
and C.O Abraham and C.O Talentino was holden
plaintiff down and hitting and punching plaintiff
as well, and both C.O Abraham, and Talentino
kneed and punch plaintiff in the head, neck,
and side and saying things like "your never write
complaints on officers here again".

20). As this beaten was taken place plaintiff could
hear C.O Wallsca Henriquez tell those other
officers C.O V. Sullivan, and C.O T. Raposa,

(9E)

To hold plaintiff legs open and they did and all at once C.O Wallesca Henriquez kicks plaintiff in the groin so hard that plaintiff cried out in so much pain he knew he would die.

21). The kick to the groin by C.O Wallesca Henriquez was so hard that plaintiff deficated on himself, the sgt and the other officers looked on and was laughing.

22). The sgt. told the officer to get plaintiff up and take him to p-unit, as C.O Sullivan and C.O Raposa was taken plaintiff to p-unit they was slamming plaintiff to the wall Drising plaintiff head, shoulders, and back into the way all the way to p-unit and Sgt Wagner was right there saying "This is was you all get that file complaints on officer".

23). plaintiff was beat up also by C.O Teper in the search room, were there was video tape, but when plaintiff asked for the tape to show he was beated up, the hearing capt. harris had the video tape destroy and told plaintiff that no one would ever see that tape.

24). As plaintiff was being beat up really bad and Sgt Wagner, C.O O'neil and C.O Wallesca Henriquez which is C.O O'neil girlfriend stood there laughing.

C.O Wallesca henriquez and c.o o'Neil
plain had worked in setting plaintiff
up for filing the complaints on them and
other officers, plaintiff looked up to
sgt Wagner and asked him is he going to
let this happen, sgt Wagner stated "This
is what you get."

25) Also sgt Wagner would not allow nurse
Wallace to give plaintiff medical treatment
And the medical record will show that nurse
Wallace refused to treat plaintiff so his injurys
would not be recorded.

26) Plaintiff told the nurse about the pain to his
Back, neck, arms, legs, shoulders, and head, And also
that he had be kicked in the growin by a c.o
And had deficated all over himself.

27) Nurse Wallace just walked away and plaintiff
layed in pain on the floor that whole night And days after,
plaintiff didn't get any medical treatment
which will be shown from the medical records
And the filing of more complaints by plaintiff.

28) Plaintiff informed capt Harris that officer on p-unit
was threaten his life and safety, and capt Harris
stated "you should have stop written all them complaints".

29) Plaintiff also told capt Harris in his Tear III
hearing that there same officer was also threaten,

(36)

And harassing his witnesses And telling them that
if they testify For PlaintiFF they Would get the
Same thing PlaintiFF got.

30) PlaintiFF Two witnesses didn't testify For Fear
of there life And saFety And the inmate Stated
his Fears on a reFuses Form And PlaintiFF Will
Show This at Trail.

31) The P-unit Floor oFFicer Would come to the
PlaintiFF cell And tell him he could die in here
And iF he keeps there complaints going he'll
Make sure he Would.

32) on 8/31/12 PlaintiFF told the hearing oFFicer
capt. harris About the Threats From This oFFicer,
And The capt. told PlaintiFF, "you need to learn
you can't write complaints And look For Things to
Be easy,"

33) Lt. J. gaudioso came and told PlaintiFF to forget
About the Lt. And the sgt. That endorsed And leaned
The misbehavior report That C.O O'neil had write
in violation oF Doccs rules, And he stated that
iF I don't leave it alat PlaintiFF Wouldn't
Eat, or shower nor be saFe.

34) PlaintiFF stopped supt. connely on P-unit And told
him That his liFe is still in danger here on
P-unit, he stated to PlaintiFF, "maybe your learn now,"

(34)

35) C.O Dandre Dimmie is The C.O That order Plaintiff Not To go To The mavid until 9:00 pm, And Told The Plaintiff That he Would make sure he Pay For Written complaints on officer here, And at The Time Plaintiff Was being beat up Like A dog, officer Dandre Dimmie Was There With C.O Wallesca Henriguez Laughing And Saying To The other officer "Beat his Ass, Beat The hell out of Him",

36) Sgt Cofield Told Plaintiff After The Assult on 7/26/12 That if his name came up in any complaints he Would make sure plaintiff never makes it home And if he (Plaintiff) don't Stop Written These complaints he can make sure of his death,

37). C.O green Who Worked k-unit on 8/13/12 gave Plaintiff Property away And destroyed some, officer green Also destroyed some of Plaintiff Family pictures All in retaliasion For Plaintiff Filing complaints,

38) C.O James Sanka Would not Feed Plaintiff At Times he Worked P-unit And if he did he Would put Thing in Plaintiff Food That Look Like Trash And Spit, Plaintiff Filed complaint on C.O James Sanka For This And not Letting plaintiff clean his cell or Let Plaintiff get Law Library To Work on his case,

(31)

39) C.O James Sanko And C.O Henriquez destroyed Plaintiff Property on P-unit Were Plaintiff property was moved on 8/14/12, Both of These officer come by Plaintiff cell on P-unit Laughting And Saying "lets See you Type now", At The Time The Plaintiff didn't understand what They was Talking About until he got To Southport Corr Fac. And Seen his property destroyed.

40). Lt. Glasspole had Threaten To harm Plaintiff once before And Plaintiff Filed A complaint on him when he was A Sgt. but now he is A Lt. And endorsed The Tear III misbehavoir report on 8/13/12 Then came To Plaintiff cell on P-unit And Told Plaintiff "I got you Now, I never Forget you Wrote me up And I have you now And lets See you Write This up", Plaintiff Told Lt. Glasspole "Your Set up will not Work And you Spent 2½ years or So To Set me up", Lt. laught and Walked away.

41) All These defendants Violated Plaintiff (Leroy Jones) right under 18 USCA Section 241, and 242 Conspiracy by Two or more Person conspire To Injure And Intimidate.

42). Plaintiff realleges And incorporates by reference ParaGraphs From 1 To 42 And The Hold Amended complaint From Page 1 To 7 And All Attached pages.

(3J)

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Fishkill Correctional Facility

B.   Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes _✓_    No ____    Do Not Know ____

C.   Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____    No ____    Do Not Know ____

If YES, which claim(s)?

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes _✓_    No ____

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____    No ____

E.   If you did file a grievance, about the events described in this complaint, where did you file the grievance?

At Fishkill Correctional Facility

1.   Which claim(s) in this complaint did you grieve?
Plaintiff grieved all parts of this complaint to the I.G.R.C. Office and wrote letters to Supt. And Commissioner.

2.   What was the result, if any?
They answered but wasn't anything done to stop the threats, harassments, retaliation, and assaults by officers in F.C.F

3.   What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process.
I appealed my grievance to the Superintendent and after that to C.O.R.C. And no one did anything to help or stop the retaliation, harassments, threats, or assaults, and I was not able to get medical treatment and C.O.R.C stated, "Theres no P.C or Separation from staff..."

F.   If you did not file a grievance:

1.   If there are any reasons why you did not file a grievance, state them here:

## EXHAUSTION of Administrative Remedies.

1. PLAINTIFF EXHAUSTION OF ALL Sections of The Doccs, I.G.R.C, Superintendent Connolly, Letters To The Doccs commissioner Brian Fischer, And The Inspector General recieved letters, And Appeals all The Way To CORC, grievance numbers And Dates, 35040-12 2/13/12, 35428-12 7/13/12 Retaliation & racial slurs, 35508-12 7/18/12 Disputes investigation; 35500-12 8/8/12 intimidated by Sgt, 33520-12 8/16/12 Retaliation, 33593-12 9/27/12 complaints not answered, 35605-12 10-3-12 Witnesses Threaten, 35604-12 10/3/12 no medical attention, 35520-12 8/16/12 Assault, 35496-12 8/8/12 Retaliation, 35495-12 8/8/12 Delay To see Doctor, 35623-12 10/16/12 property Destroyed by officers, 35625-12 10/16/12 Retaliation, 35624-12 10/16/12 FOIL, 35622-12 Deprived law library, 35546-12 Staff misconduct, 35945-12 medical care.

2. The Plaintiff got answers from some of The complaints from CORC.

3. The plaintiff got a answer Back from The commissioner of Doccs Brian Fischer.

(4A)

4. The Plaintiff did Talk to The Superintendent
of Fishkill Correctional Facility, but he told
plaintiff to Just Stop filing complaints, and
The Inspector general office came to see plaintiff
about The matter at Southport once it was Tobias.

5. The plaintiff asserts here That There was Witnesses
to The incident "Staff and inmates" That know of
The Threats and assault to plaintiff.

6. Staff and Inmates was and is still willing
to Testify in plaintiff behalf and There was other
Witnesses denied by Defendant(8) ~~████~~ and others
Refused For Fear of There Safety.

8. The plaintiff asserts that There will be Witnesses
to Testify at Trial, but For There protection
There names are being with held For There
protection, because These Witnesses are Doccs
employees as well as Inmates and to put
There name in This complaint now would put
The Employees Jobs in danger and as For The
Inmates it may put There Safety in danger.

_____
_____
_____

2.    If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any:

Plaintiff informed V. Fonda The Inspector general, Lt. Benate, OMH at Fishkill, and The Dept. commissioner. Lt. Benate move me once but other Than That no one did Anything, And Thats why Those officers feit they could do what They did And could get Away with do it.

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

I wrote D.O.C.C.S commissioner Brian Fischer, superintendent W. conpony, I.G, And many grievance Asking for help, I told The Supt. cannaly That his officers was going To kill me, set me up or hurt me really bad if he didn't help me or put me somewhere safe. I Also informed Brian Fischer of these Things in letters and I.G's office, And after I was beat up really bad I and A lawyer informed The supt. That The medical Department would not give me medical Treatment after the first Assaulted out of this Assaults.

Note:    You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

## V.    Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). _____

_____    See Attached
_____    Page (5A) To (5G)
_____    And Pages 1 To 7 beginning To End
_____
_____
_____
_____

## JURISDICTION AND VENUE

1. This is a civil action authorized by 42 U.S.C Section 1983 To redress The deprivation, under color of state law, of right secured by The constitution of the united states, This court has jurisdiction under 28 U.S.C Section 1331 and 1343 (A)(3), Plaintiff seeks declaratory relief Pursuant To 28 U.S.C Section 2201 and 2202, And A Permanent injunction, compensatory damages, monetary damages, punitive damages and Plaintiff claims for injunctive relief Are authorized by 28 USC Section 2283 And 2284 And rule 65 of The Federal rules of civil procedure.

2. The Southern District is An Appropriate Venue under 28 U.S.C. Section 1391(b)(2) because it is Where The events giving rise To This claim occured,

## PLAINTIFF

Plaintiff, Leroy James Pro-se, Is and Was at all Times mentioned herein a Prisoner of The state of New York in The custody of The New York State Department of correctional services. I Am currently confined in southport correctional Facility.

(5A)

Legal Claim And Relief

1. Plaintiff realleges And incorporates by reference Paragraphs From Page one To Seven (1 to 25), And 1 To 7

2. The unprovoked beating And set-up because plaintiff Filed complaints on the wrong doings of officers in Fishkill, Violated plaintiff due process rights Which is promoted by the Eighth Amendment, 14teenth Amendment, And up held by The U.S constitution Which is against crol And unusual punishment.

3. Each defendant herein is being sued in his/her individual And official capacity For exercising 19 Lack of care And being Negligent And deliberate indifference To plaintiff safety by Failing To protect the knowly And Foreseeable assult, Attack, and Further retaliation, harassment, And threats That DOCCS And its staff Was Aware of At All Times.

4. At All Times Mention in This complaint, Each defendant Acted in his And her on individual And official capacity And each Acted under the color of state Law.

5. Defendant(s) Are Liable For There Failure To make A policcey That Would have protected Plaintiff And other inmates From The harassment, Threats, ~~and~~ retailation, And Assuits From officers/ staff After The Filing of complaints on Them For There misconduct, And defendants Are Also liable For not taking Actions to prevent predictable Violations of The rights To plaintiff Within There Areas of care And responsibility.

6. Defendants At All times herein Are employees of The state of New york DOCCS And Act under The color of law Title 18 USC Section 242, And 241, Violated Leroy Jones (plaintiff) right to be Free From retalilation, And The violation of plaintiff First Amendment rights under The united state constitution.

7. The retaliation Against plaintiff (Leroy Jones) in violation of Title 18 USC Section 1001(A), After plaintiff had exercised his right To petition The government For a redress of grievances, Violated plaintiff First Amendment For a redress of his complaints to The courts And is A violation of The united states constitution, within The due process Which is up held by The N.Y. constitution.

8. The defendants Failure To Prevent The brutality inflicted on plaintiff (Leroy Jones) Violates his First, Eighth, And 14 Teenth Amendment To due process of The united States constitution.

9. The defendants Along With others conspired under 18 USCA Section 241, To Further Violated plaintiff (Leroy Jones) Rights Under The First, Eighth, and Fourth, And 14 Teenth Amendment under The Due process Of Law clause To The united States constitution.

10. Defendants did intentionly use excessive Force To couse Physical And emotional injuries maliciously And Sadistionally To hurt or kill plaintiff (Leroy Jones) For his exercising his First, Fourth, Eighth, And 14 Teenth Amendment rights To Due process of Law under the united States constitution, see conspiracy, 1558, 18 USCA § 241

11. The defendants Violated Plaintiff (Leroy Jones) rights under 18 USCA Section 241, And 242 conspiracy by Two or more Person conspire To injure And Intimidate.

12. The Plaintiff Further realleges And incorporates by reference Paragraphs 1 To 25 And pages 1 To 7

13. The Plaintiff has no Plain, Adequate or complete remedy at Law to redress the wrong described herein.

14. **WHEREFORE,** Plaintiff respectfully pray that This court enter a Judgment granting plaintiff:

15. A declaration that the acts and ommissions described herein violated plaintiff First, Fourth, Eighth, and 14teenth Amendment Rights under the constitution laws of the united state constitution, and the Laws and rules of Doces, And violates the Due process of New York constitution along with the United States constitution.

16. A Permanent injunction ordering that order the Commissioner of Doces Brian Fischer to make a Adequate remedie For plaintiff and other inmates to be safe From harassment, retaliation, threats, and assults by officers/staff once a complaint(s) are Filed.

17. A Permanent injunction ordering a Law and rule in place other then 4040 7ah.6 (B) which did not protect plaintiff and has not protected other inmates and allow officers/staff to keep retaliating, harass, threats, and assults and set-ups on plaintiff and others.

18. A Permanent injunction ordering The commissioner of Doccs Brian Fischer To make a remedie For plaintiff To go Too when his and other inmates Lives Are in danger by officers That complaints has been Filed on For There misconduct, And Not Just let plaintiff and other inmates Be Subjected To The Further danger of being Set-up, beat-up, Assaulted or even Killed because he/she can't get Away From The Vindictive hands of The officers.

19. A Permanent injunction ordering The defendant commissioner Brian Fischer To place camera's in All parts of The Facility under his responsibity As commissioner of Doccs, This would help To insure That plaintiff and other inmates Will be Safe From Some of The Set-ups, Some of The Beat-ups, Some of The retaliations, harassment And All of The other Vindictiveness That comes when it Not Seen.

20.   Compensatory damage in The Amount of Ten Million Dollars 10,000.000.00 Against Each defendant, Jointly And Severally.
Plaintiff (Leroy Jones) should be Compensated For The Pain And Mental Anguish Suffered by defendants due To There Negligent(s), deliberate indifference And

(5F)

Intentional misconduct because Plaintiff exercised his rights under the First Amendment To redress The government, And because Plaintiff (Leroy Jones) Exercised his rights, The defendants violated Plaintiff other rights Fourth, Eighth, And 14 Teenth Amendments, And Therefore Punitive And monetary damages should Also be granted For plaintiff.

21. Punitive damages in the amount of Two million Dollars $2,000,000.00 Against each defendant Jointly And Severally.

22. Monetary damages in the amount of one million Dollars $1,000,000.00 Against each defendant Jointly And Severally.

23. A Jury Trial on All issues Triable by A Jury.

24. Plaintiff cost in This suit

25. Any Additional relief This court deems Just, proper And equitable.

Dated; August 15, 2013

Respectfully submitted
LERoy Jones   pro-se
_Leroy Jones_
Southport corr Fac.
P.o. Box 2000
Pine city 14871~2000

(5G)

**VI.    Previous lawsuits:**

<div style="float:left; border:1px solid black; padding:4px;">
On
these
claims
</div>

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _✓_    No ____

B.    If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below.  (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1.    Parties to the previous lawsuit:

Plaintiff _Leroy Jones 01/8/672_
Defendants _Supt. HERBERT, etal.,_

2. Court (if federal court, name the district; if state court, name the county) _WESTERN DISTRICT OF New York_

3.    Docket or Index number _02-CV-0847E(F)_

4.    Name of Judge assigned to your case _Leslie G Foschia_

5.    Approximate date of filing lawsuit _2002 - 2002_

6.    Is the case still pending?  Yes ____  No _✓_

If NO, give the approximate date of disposition _Around 20._

7.    What was the result of the case?  (For example:  Was the case dismissed?  Was there judgment in your favor?  Was the case appealed?) _Judgment was settle in my Favor_

<div style="float:left; border:1px solid black; padding:4px;">
On
other
claims
</div>

C.    Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes _✓_    No ____

D.    If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1.    Parties to the previous lawsuit:

Plaintiff _LERoy Jones_
Defendants _STATE OF Claims, STATE of New York_

2.    Court (if federal court, name the district; if state court, name the county) _Albany County court_

3.    Docket or Index number _122552 And 122553_

4.    Name of Judge assigned to your case _Richard E, Sise_

5.    Approximate date of filing lawsuit _About April 29, 2013_

6.     Is the case still pending? Yes __✓__ No ____
        If NO, give the approximate date of disposition_____

7.     What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
        _____
        _____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 15 day of _August_, 2013.

        Signature of Plaintiff    _Leroy James_

        Inmate Number    _01A-1692_

        Institution Address    _SouthPort Corr. Fac_
                          _P.O. Box 2000_
                          _Pine City 14871-2000_

<u>Note</u>:   All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 15 day of _August_, 2013, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

        Signature of Plaintiff: _Leroy James_

CONSOLIDATED
FLF-3504012

This complaint is on officers          LeRoy James O1A 1692
Oniel and his friends officers              K-unit
Thats trying to kill me or set me up.        2/15/2012


On 2/9/2012 Two inmates
was seach here on K-unit by officer Oniel and
some other officer when the two inmates came
back from taken pictures officer Oniel told them
that they was being seach because someone dropped
a slip on them saying they was selling drugs.
Then as the Inmates told me this writer, officer
Oniel told them that James drop the slip on you
saying you both are selling drugs.
     The Inmate are not lieing because officer
Oniel called me in his officer and said to me
"you dropped the slip on them asshole" I said
"what did you say" and he said it again.
I told him not to ever ask me something
like that again, I said I would never do such
a thing to anyone.
he said ok, don't tell Sgt conklin I said this
is you, I said ok.
other inmates heard officer Oniel say this to
me and asked me about it and I feel if
they did not know me something real bad could
have happen.
I know officer Oniel do thing like this because
he also told me that inmate Ellit that lacks
on I-unit set up a inmate

EX (2)

CONSOLIDATED

FCF 35040-12

I.G.R.C.                                  1 FRoy Jones 01A 1692
                                          2/10/12 / K-UNIT

41 This happen From
1/7/12 To 2/10/12

         This complaint is on the Fact that
the staff in 21, 21A is out to get me or
set me up And even as I have heard "Kill me"
"if need be because of (one) my Fight in Albany
And my other fights in courts,
I have not had any problem in over two years
here, And now the staff Feel they can get back
To there old ways of status que of set up people
And putting there life in danger Just because they can.
I Also know this is the Race card that is playing out
here in 21, 21A in Fishkill corr. Fac. As I have
Informed I.G of the racism And prejudice to black
And latin Inmates I now Inform you of my Fears
And the danger to my life by staff in this facility.
I was removed From my Job At 21A utility because
I feel of Race I Feel And no! I don't want the Job
back because I will not put myself in anymore
danger then I'm in already.
I don't Feel the c.o I was working under is a
Racist but he has a Job And he can't help who he
has to work Around.
These people (staff) is coming At me so FAST And
hard that I can sleep At night or in the day
time, I can't even get legal work done now
because I Fear the staff will come At me At
Any time Any place. I'm writing because my life
is in Alot of danger And I Feel they will
not stop until I'm dead!!!  →  →  →

Code 49 - Alleges being set up & Fears for safety

35040-12
(2-13-12)

"Complaint on STAFF For                    LeRoy Jones 01A1692
Trying To set me up or trying To have         K-unit
Me Killed iF need be.                         2/8/12

This complaint is on The STAFFS
That Trying To Set me up For past complaint.
I Also Feel my life is in Danger Again here
in Fishkill corr. Fac. I have not did Anything
Wrong To Anyone yet Im being put into Fear
Again For my life For no reason.
On 2/8/12 Some eglit6 order Told To1A C.O. To Search
my cell which They did not Find Anything because
I did not have Anything To Find. on 2/8/12 I
Was Told not To Show up For program which is
21×21A utility For reason unknow To me.
I have Work utility For over To1A year And did
only my Job so For me To be Told not To Show up
At Work Show me That the same Status quo oF
Old is going on in This Facility As To (race) which
I No is a problem that may have my life in
Danger From STAFF.
Im AFrate To Leave my cell or go out The Door
because my life or Product is in Danger.
All I no is Same STAFF here in This 21, 21A is Trying
To have me Killed or Set up.
I have Wrote and Talk To my Lawyers And Family about
This And They have Called Albany, and I have Wrote
The Inspection General office at Bldg 2, State campus
Albany, N.y 12226-2050  LeRoy Jones
Action needed:
Protection From STAFF And NOT To be Set up Anymo

EX(C)

FCF— 35040-12

C/O ONeal is putting Inmates life in Danger
And one time he said The house K-unit That
what ever he do Sgt Cafield and The Lts will
back him up, so I have A Fear of All These
People.
Sgt cokline in 2(A Bldg can say what is going
on but I Feel he knew And will not
do Anything to stop it because This or These
are his officers ThatS Seting Inmeies and
myself up.
This is There doing The Same old Bioins qwe

_[signature]_

35428-12    *Larry Jones*

I.G.R.C.    7/12/12

*Christoff*

*Fenton*

*my life need P.C Before Officer Kill me*

This complaint is for the lack of care for my safety here in this facility,"FISHKILL CORRECTIONAL FACILITY". it seems to me that the old status qua is still playing it's self out when it comes to the safety of myself and "other inmates", I am not a rule maker and I don't wish to be in anyway, but the life I have is the only one I have and to let people that has a job to look over me and to make sure I'm safe 24/7 are the ones that I fear most of all in here.

I write a complaint and the officer[s] gets it and sets me up or have someother officer[s] to do it, what am I to do?, Let me say this if I name all the names of officer that I fear for my safety around up here on A-west I would be beat up and more so killed, but I have informed everyone that I know of this and this is because I know you people will let me get killed in here if I don't say something to the out side about this. On this date 7/12/12 I was asked by the officer, why did I put his name into my complaint, I really didn't say anything and walked away.

I know that I will be set up after this because officer[s] do things like this but don't like to get complaints put in on them, but this is the only way I can let it be known that these officers will kill someone, and I know this to be true because it just happen to one of my friends in the city facility.

I have heard that the officers here was going to get me some kind of way.

I don't know who the officer[s] is by this is me letting you no my life and safety is in danger one because I have filed a complaint.

I have informed once again my lawyers, family, and albany at 1220 washington av The harriman state campus-building-2

action needed : *Larry Jones*

To be safe and moved out of this facility before I'm kill or set up. And for me not to be put under the gun to name names until I am safe, and for supt. connolly to look into this so this madness can stop.

*Also need To move From This unit.*

(7-13-12)

7/12/12

49 und - RETALIATION &
RACIAL SLUR

To I.G.R.C.

this complaint is on the retaliation against me once I filed a complaint on the officer[s] here on A-west about there threats to my life. I wrote to supt. mr.connolly and told him and he sent a Lt. to talk with me about the problem and a day later the officer canfield ask me why in the hell did I write a complaint on him, I didn't answer him for even more fear of my life.

I went to school the that after noon and when I got back the officer on the afternoon shift whom they call" tattoo" asked me why did I write him and officer canfield up telling them about what is going on here in A-west. he then told me I will feel why ass hole niggers should nave write up any officers in fishkill.

As always when officers do something wrong I cc: copys to my lawyer, family, and Albany.

Action need ~~~~~~ given
for me to be put in protaction from these officer because they have made it clear they will kill me.

div. 4040 states clear that no reprisals should come to me or anyone that files a complaint for an officer wrong-doing.

I need the supt. to look into this matter him safe before they kill me and try to cover it up.

need P.C. Now

Ex(2)

CONSOLIDATED
FCF-3504012

This complaint is on officers    LeRoy Jones OIA 1692
ONiel and his friends officers    K-unit
Thats trying to kill me or set me up,    2/15/2012




On 2/9/2012 Two inmates
Was seach here on K-unit by officer ONiel and
some other officer when the Two inmates came
back from taken picture officer ONiel told them
that they was being seach because someone dropped
A slip on them saying they was selling Drugs.
Then as the inmates told me this writers officer
ONiel told them that Jones drop the slip on you
saying you both are selling Drugs.
    The inmate Are not lieing because officer
ONiel called me in his officer And said to me
"you dropped the slip on them assHole" I said
"what did you say" and he said it again,
I told him not to ever ask me something
like that again, I said I would never do such
A thing to Anyone.
he said ok, don't tell Sgt conklin I said this
is you, I said o.k.
    other inmates heard officer ONiel say this to
me and asked me About it And I feel if
they did not know me something real bad could
have happen.
    I know officer ONiel do thing like this because
he Also told me that inmate Elliot that Lacks
on I-unit set up A inmate

2 of 2

I told the inmate on I-unit and he
has let his family know.
My family send me mail all the
time and I have not been getting it when
ONiel is working.
Officer ONiel is working K-unit and I fear
that he will try to have me killed or set-up
real bad.
I'm asking for help from the supt. and Albany
I.G to stop this c.o from killing me or some
other inmate, I need protection from this office
And his Sgt. and LT friends and his girl
Friend thats a officers as well.
non of them other people have done Anything
That I seen but I have been told that
The Sgt and LT's is behind him 100%

x Terry [signature]

Actions Needed

   1) protection from officer ONiel And
his Sgt, LT, girl friend And the other officers
thats willing to take the fall for him
   2) for non of the officers to come after
me or kill me or set me up because of
this complaint
   3) for Dir 4040 Be at here to by All
these officers And let it be understood that
They all will be held liable under U.S.C § 1983
to me or my family if I'm harmed or set-up or killed.

EX (2)

CONSOLIDATED

FCF-35040-12

I.G.R.C.                                    JeFRoy Jones 01A1692

#1 This happen From          2/10/12      K-unit
17/12 To 2/10/12

This complaint is on The Fact That The staff In 2J, 21A is out to get me or set me up and even as I have heard "kill me" if need be because of (one) my Fight in Albany and my other Fights in court.

I have not had any problem in over Two years here, and now the staff Feel They can get back to There old ways of status quo of set-up people up, and putting There life in danger Just because They can. I also know this is the race card That is playing out here in 2J, 21A in Fishkill corr. Fac. As I have Informed I.G of The racism and prejudice to black and latin inmates I now Inform you of my Fears and The danger to my life by staff in This Facility. I was removed From my Job at 21A utility because I Feel OF race I Feel and No! I don't want the Job back because I will not put myself in anymore danger then I'm in already.

I don't Feel The c.o I was working under is a racist but he has a Job and he can't help who he has To work around.

These people (staff) is coming at me so Fast and hard That I can sleep at night er in the day Time, I can't even get legal work done now because I Fear The staff will come at me at any Time any place. I'm written because my life is in Alert of danger and I Feel They will not stop until I'm dead!!

C.O. ONeal" has told other inmates about them
And said the slip said these guys was selling drugs. This C.O. has
put my life in danger if I didn't no these people and they didn't
no me. Sgt. Cockling in 21A Bldg remove me from utility because
he said my cell was search so I can't work in utility, this sound
like a set up also.

I need protection from these people and this
is not the first time I'm saying this Sgt. I have
to get people from the outside into this because
I'll be dead if I don't
the Supt. Wenally has been informed all Parole in
Albany has been informed and my lawyers and
family have been informed, As is dat of the State
Police.
I really don't trust anyone here as the Sgt. Lt.
of capts because I don't know who will hit first
or second
The Sgt here in 21A is not trying to let me
know whats going on and way they are out to get
me so I feel they all are apart of the plan
to take my life away.
I know they will get me and try to cover it up
like I have seen them do so many time before
so I'm letting it be known whats going on.
This letter complain is being cci to Albany Inspecter
General, Bldg. 2, State campus, Albany N.Y., 12226-2550
Along with other party of Civil Rights equal protection
program. 3 Pg 3 On Back

×                                                    35040-12

Actions Needed:
        Protection from the staff here in Fishkill
corc. Fac. and from all the officer, Sgt. Lt. capt, and Soios
in the Frelity and in 21, 21A (2) For no one to set me up
or kill me, (3) For all staff to adhere to Dir and not Set
me up because this complaint (4) Not to be harmed.

EX (1)

Code 49 - Alleges being set up & Fears for safety

35040-12

(2-13-12)

"Complaint on STAFF For                    LeRoy Jones 11A1672
Trying to set me up or trying to have       /K-unit
me Killed if need be.                        2/8/12

            This complaint is on The STAFFS
That Trying To set me up For past complaint.
I Also Feel my Life is in DAnger again here
in FishKill Cork. Fac. I have not did Anything
Wrong to Anyone yet I'm being put into Fear
Again For my Life For no reason.
on 2/8/12 some eg1.75 order told Tela c/o to Seach
my cell which They did not Find Anything because
I did not have anything to Find. on 2/8/12 I
was Told not To Show up For program which is
21 x 21A utility For reason unknown to me.
I have Work utility For over Tela year and did
only my Job so For me to be told not to Show up
At Work Show me That the same status quo oF
old is going on in This FacilIty As To (Face) which
I no is a problem That may have my Life in
DAnger From STAFF.
I'm Afrate To Leave my cell or go out The Door
because my Life or Freedom is in DAnger
All I no is Same STAFF here in This 21, 21A is Trying
To have me Killed or Set up.
I have Wrote and Talk To my Lawyers And Family about
This And They have called Albany, and I have Wrote
The Inspector General office At Bldg 21 State campus
Albany, N.y. 12226-2050
Action needed: LeRoy Jones
    Protecalism From STAFF And not to be Set up Anym

FCF 35040-12

C.O ONeal is putting Inmates Life in Danger
And one Time he told The house K-unit That
what ever he do Sgt Catfield and The LTS will
back him up, so I have A Fear of All These
People.
Sgt cakline in 2(A Bldg cao say what is going
on but I Feel he Knew And will not
do Anything to stop it because This or These
are his officers Thats seting Inmates and
myself up.
This is There doing The same old Similar gas